**UNITED STATES of America,
Appellee,**

v.

**Jeremy Michael WHITCHER,
Appellant.**

**No. 11–1607.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 5, 2011.

Filed: July 8, 2011.

John F. Appelquist, Springfield, MO, for appellant.

Steven M. Mohlhenrich, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Pursuant to a plea agreement containing an appeal waiver, Jeremy Whitcher pleaded guilty to making a false claim against the United States in violation of 18 U.S.C. § 287. The district court[1] sentenced him to a 12–month prison term to run consecu-tively to his undischarged state sentences. Whitcher appeals. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning whether the court abused its discretion in imposing a consecutive sentence.

We will enforce the appeal waiver. This appeal falls within the scope of the waiver; Whitcher's testimony at the plea hearing shows that he entered into both the plea agreement and the waiver knowingly and voluntarily; and we conclude that enforcing the waiver will not result in a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues not covered by the appeal waiver. Accordingly, we grant counsel's motion to withdraw and we dismiss the appeal.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.